USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/28/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X :
Araceliz Marrero,                                               :
                                                                :        **ORDER**
                    Plaintiff,                                  :
                                                                :
         -against-                       :                      :        20-CV-10241 (KHP)
                                                                :
Andrew Saul,                                                    :
*Commissioner of Social Security*,                              :
                                                                :
                    Defendant.           :                      :
----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

On July 17, 2021, the Court granted Defendant's extension request whereby the parties' joint stipulation was to be filed on January 3, 2022. (ECF No. 23.) No joint stipulation was filed.

By **February 4, 2022**, the parties shall file a joint letter apprising the Court of the status of the joint stipulation and when it will be filed. The letter shall include any anticipated extension request for the Court's consideration.

**SO ORDERED.**

DATED:    New York, New York
          January 28, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge