# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

ARACELIZ MARRERO,

                     Plaintiff,                           20 **CIVIL** 10241 (KHP)

      -against-                                 **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                     Defendant.

-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Opinion dated August 15, 2022, Plaintiff's motion for judgment on the pleadings is DENIED, and Defendant's motion for judgment on the pleadings is GRANTED; accordingly, this case is closed.

**Dated:**  New York, New York
           August 15, 2022

                                                                    **RUBY J. KRAJICK**

                                                                      _____
                                                                          **Clerk of Court**

                                      **BY:**     _____
                                                                          **Deputy Clerk**